UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD VELOCCI,

     Plaintiff,

-against-

ADDISON LEE GROUP, ADDISON LEE NORTH AMERICA, TANDEM TECHNOLOGIES, FLYTE TYME and TIMOTHY ROSE in his individual and corporate capacity,

     Defendants.

Civil Action No.: 1:18-cv-09914

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ronald Velocci and Defendants, Addison Lee Group, Addison Lee North America, Tandem Technologies, Flyte Tyme and Timothy Rose ("Defendants"), by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety on the merits with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Jonathan Tand, Esq.
Tand & Associates
1025 Old Country Road, Suite 314
Westbury, NY 11590
T: 212-425-2600

By: _____
Jonathan Tand, Esq.
ATTORNEYS FOR PLAINTIFF

Dated: December __, 2018

Jennifer B. Courtian, Esq.
Jackson Lewis P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
T: 212-545-4022

By: _____
Jennifer B. Courtian, Esq.
ATTORNEYS FOR DEFENDANTS

Dated: December 19, 2018

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED this 27th day of December, 2018

_____
Jesse M. Furman
United States District Judge
New York, New York